FILED

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0560

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0560

IN THE MATTER OF:

S.N.,

Respondent and Appellant.

## ORDER

Upon consideration of counsel's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that the Respondent and Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Respondent and Appellant at his last known address.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
June 26 2020